# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 9, 2020

## NO. 03-19-00470-CV

**UniFirst Holdings, Inc., Appellant**

**v.**

**Hydroline, LLC, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the order signed by the trial court on June 26, 2019. Appellant has filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.